Kloss Unemployment Compensation Case.

Ar-
gued November 13, 1968. *Norman Kloss*, appellant, in
propria persona; *Sydney Reuben*, Assistant Attorney
General, with him *William C. Sennett*, Attorney Gen-
eral, for Unemployment Compensation Board of Re-
view, appellee.

Decision affirmed.

Lewandowski et ux., Appellants, *v.* Pittsburgh
Railways Company.

Before WATSON, J.

Argued November 12,
1968. *Edwin H. Beachler*, with him *James E. Mc-
Laughlin*, and *McArdle & McLaughlin*, for appellants;
*Howard K. Hilner*, for appellee.

Order affirmed.

McCaskey, Appellant, *v.* McCaskey.

Ar-
gued November 11, 1968. *Barry E. Wood*, for appel-
lant; *Thomas H. Cauley*, with him *Cauley, Birsic &
Clarke*, for appellee.

Order affirmed.